No. 03–8174. LOGAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8175. LACHANCE v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 03–8177. PARTRIDGE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–8178. BOYNES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8179. BELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–8183. BRUNETTI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8184. ALVIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8185. VESEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–8186. MCCARRON v. BRITISH TELECOM, DBA YELLOW BOOK USA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8190. BAUMGARTEN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8192. ROSENBERGER v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 03–8193. GARCIA TORRES ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–8201. MCDAVIS v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8202. PADILLA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.